■ BETTY L. KIMMEL et al., Respondents, v STATE OF NEW YORK et al., Appellants, et al., Defendant. (Appeal No. 2.) [700 NYS2d 883] —Appeals unanimously dismissed without costs. Same Memorandum as in *Kimmel v State of New York* ([appeal No. 1] 267 AD2d 1079 [decided herewith]). (Appeals from Order of Supreme Court, Monroe County, Lunn, J.—Reargument.) Present—Green, J. P., Hayes, Scudder and Balio, JJ.

■ BETTY L. KIMMEL et al., Respondents, v STATE OF NEW YORK et al., Defendants, and DAVID M. LUITWEILER, Individually and as First Deputy Superintendent of New York State Police et al., Appellants. (Appeal No. 3.) [700 NYS2d 911] —Appeal unanimously dismissed without costs. Same Memorandum as in *Kimmel v State of New York* ([appeal No. 1] 267 AD2d 1079 [decided herewith]). (Appeal from Order of Supreme Court,

Monroe County, Ark, J.—Reargument.) Present—Green, J. P., Hayes, Scudder and Balio, JJ.